**FILED IN THE DISTRICT AND COUNTY COURT OF EL PASO COUNTY, COLORADO**

FEB 22 2013

LYNETTE D. COLLINS
CLERK OF COURT

▶ COURT USE ONLY ▶

EXHIBIT **B**

Fourth Judicial District
El Paso County Jud Bldg
County Court 270 S Tejon St
Court Address: PO Box 2980
Colorado Springs CO 80901 _____ County, Colorado

Plaintiff(s): CHAPMAN, TaNia S.

v.

Defendant(s): HireRight, Inc.

Attorney or Party Without Attorney (Name and Address):
PO Box 16801
Colorado Springs, CO 80935

Phone Number: 910-261-5286          Atty. Reg. #: _____   E-mail: _____
FAX Number: _____

Case Number: **13CV60**
Division **21** Courtroom _____  DCG

## COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1. ___HireRight, Inc._____ defendant(s), is (are) resident(s) of _____ County, with a post office address of __5151 California Ave__ Street, City of __Irvine__, State of California.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   OR

3. The amount claimed from __HireRight, Inc.___ defendant(s), is/are __50,000__ dollars and __00__ cents ($__50,000.00__), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

   __Swift placed a false item on my DAC report preventing me from acquiring new employment. HireRight continues to report this false item and has failed to follow their own policy for reporting. They have also refused to remove said item. This item is a defamation of my character.__

5. The Defendant(s) ☐ is (are) ☑ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

6. The Plaintiff(s) ☐ does (do) ☑ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

Signature of Plaintiff(s)  /s/ _____

Address(es) of Plaintiffs: PO Box 16801 C/S CO 80935

Telephone Number(s) of Plaintiffs: 910-261-5286

Signature of Attorney for Plaintiff(s) (if applicable) _____

SWORN TO BEFORE ME THIS 22 day of February 2013

_____
DEPUTY CLERK

CRCCP FORM 2  6/00  COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE