DISTRICT COURT, EL PASO COUNTY
STATE OF COLORADO

Address:  270 S. Tejon St.
          P.O. Box 2980
          Colorado Springs, Colorado 80901

**Plaintiff:** TANIA S. CHAPMAN,

v.

**Defendant:** HIRERIGHT, INC.

Attorney for Defendant:
Name:    Danielle Kitson, No. 34159
Address: LITTLER MENDELSON, P.C.
         1900 16th Street, Suite 800
         Denver, CO 80202
Phone Number: 303.629.6200

▲ COURT USE ONLY ▲

Case Number: 13-cv-60

Div. 21

## ANSWER TO COMPLAINT

Defendant HireRight, Inc. ("HireRight" or the "Defendant"), by and through its attorneys of record, Danielle Kitson of Littler Mendelson, P.C., for its Answer to Plaintiff TaNia S. Chapman's Complaint, hereby generally denies each and every allegation contained therein, and the whole thereof.

## ADDITIONAL DEFENSES

Without admitting any of the allegations of the Complaint and without admitting or acknowledging that HireRight bears any burden of proof as to any of them, HireRight asserts the following additional defenses. HireRight intends to rely upon any additional defenses that become available or apparent during pretrial proceedings and discovery in this action and hereby reserves the right to amend this Answer to assert all such further defenses.



### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against HireRight upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of estoppel, waiver, consent, laches, unclean hands, release or in *pari delicto*.

### FOURTH DEFENSE

All of the damages allegedly sustained by Plaintiff could have been avoided by the principles of mitigation, and the doctrine of avoidable consequences and all similar and equivalent doctrines.

### FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged losses or harms sustained by Plaintiff, if any, resulted from causes other than any alleged act or omission by HireRight or its agents or employees, including but not limited to acts or omissions by third parties.

### SIXTH DEFENSE

Plaintiff's Complaint fails to state a claim for which attorney's fees and costs may be granted.

### SEVENTH DEFENSE

Plaintiff's Complaint fails to state a claim for which costs may be granted.

2

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because HireRight was not the proximate or actual cause of the damage alleged by Plaintiff.

## NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because HireRight's conduct and any and all statements made by employees or agents of HireRight with regard to Plaintiff were absolutely or qualifiedly privileged and made without malice.

## TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because HireRight satisfied all obligations that it had, if any, under applicable law.

## ELEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because, at all material times, HireRight acted reasonably, in good faith and without malice based upon all relevant facts and circumstances known by HireRight at the time and did not at any time willfully or negligently fail to comply with applicable law.

## TWELFTH DEFENSE

Plaintiff's Complaint fails to properly state a claim upon which pre-judgment interest may be awarded, as the damages claimed are not sufficiently certain to allow an award of prejudgment interest.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any alleged communication by HireRight was truthful and accurate when made.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any alleged communication by HireRight was not published to the public at large, nor highly offensive to a reasonable person.

## FIFTEENTH DEFENSE

Plaintiff's state law claims are barred, in whole or in part, because they are preempted by federal law.

## RESERVATION OF ADDITIONAL DEFENSES

HireRight's investigation is continuing, and it reserves the right to amend its Answer and to raise additional defenses that may arise during the course of the litigation.

**WHEREFORE**, HireRight requests that this Court:

1. Dismiss Plaintiff's Complaint on the merits and with prejudice;
2. Enter judgment in favor of HireRight;
3. Award HireRight its attorney's fees, costs, and disbursements; and
4. Award HireRight such other relief as the Court deems appropriate.

Respectfully submitted this 19th day of April, 2013.

/s/Danielle L. Kitson
Danielle L. Kitson, No. 34159
LITTLER MENDELSON, P.C.
1900 16th Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
dkitson@littler.com

ATTORNEYS FOR DEFENDANT
HIRERIGHT, INC.

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2013, a true and correct copy of the foregoing was filed with the Clerk of Court using the LexisNexis File & Serve system. A copy was also mailed via first-class U.S. mail to the following. The duly signed original is on file at the office of Littler Mendelson, P.C.

TaNia S. Chapman
P.O. Box 16601
Colorado Springs, CO 80935

/s/Barb Petrick
Barb Petrick

Firmwide:119699772.1 043656.1059