IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01414-MSK-KLM

TANIA S. CHAPMAN,

    Plaintiff,

v.

HIRERIGHT, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Amended Complaint** [Docket No. 23; Filed September 27, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**.  The Clerk of the Court shall accept Plaintiff's Amended Complaint [#23-1] for filing as of the date of this Minute Order.

    Dated:  October 1, 2013